IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LEESA BUNCH, ET AL.                         APPELLANTS/CROSS-APPELLEES

v.                    No. 2:04CV00188 GH

HOFFINGER INDUSTRIES, INC.                  APPELLEE/CROSS-APPELLANT

### **ORDER**

The Court has been advised by counsel for appellants/cross appellees that the underlying bankruptcy proceedings have been dismissed thereby rendering this appeal moot as to all issues. Accordingly, the case is hereby administratively terminated.

IT IS SO ORDERED this 29th day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE